670 A.2d 1050

IN THE MATTER OF ANTHONY M. PALAZZO,
AN ATTORNEY AT LAW.

February 8, 1996.

## ORDER

The Disciplinary Review Board on December 6, 1995, having filed with the Court its decision concluding that **ANTHONY M. PALAZZO** of **ALLENHURST**, who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of three months for violation of *RPC* 8.4(b) by his arrest for possession of cocaine;

And the Disciplinary Review Board having further concluded that respondent should submit periodic urinalysis reports to the Office of Attorney Ethics on a schedule to be established by that office, for a period of one year and until further Order of the Court;

And good cause appearing;

It is ORDERED that **ANTHONY M. PALAZZO** is hereby suspended from practice for a period of three months, effective March 1, 1996, and until the further Order of the Court; and it is further

ORDERED that respondent submit periodic urinalysis reports to the Office of Attorney Ethics on a schedule to be established by that office, for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.